No. 609.   DANA ET AL. *v.* DUNCAN, TRUSTEE, ET AL.;

No. 610.   EQUITABLE OFFICE BUILDING 1913 Co., INC. *v.* DUNCAN, TRUSTEE, ET AL.; and

No. 612.   KNIGHT ET AL. *v.* DUNCAN, TRUSTEE, ET AL. May 5, 1947.   Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Herbert J. Jacobi* for petitioners in No. 609.   *Stuart McNamara* and *Charles Green Smith* for petitioner in No. 610.   *T. Roland Berner* for petitioners in No. 612.   *John Gerdes, W. Randolph Montgomery, George T. Barker, Emanuel Redfield, Edward J. Ennis, Frank R. Bruce, Francis J. Quillinan* and *Sidney R. Nussenfeld* for respondents.   *Acting Solicitor General Washington, Roger S. Foster, Robert S. Rubin, George Zolotar* and *Myer Feldman* filed a memorandum for the Securities & Exchange Commission.

No. 1175.   NEW YORK ET AL. *v.* GEBHARDT ET AL., TRUSTEES.   May 5, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for petitioners. *Jesse E. Waid* for respondents.